*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Scoey D. JOHNSON**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500330**

————————————

Decided: 25 February 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Gable F. Hackman

Sentence adjudged 18 April 2025 by a general court-martial tried at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 60 months, forfeiture of all pay and allowances, and a dishonorable discharge.[1]

For Appellant:
*Major Theodore H. Massey, III, USMC*

---

[1] Appellant was credited with having served 392 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

_____

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.